# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-20293-GAYLES

**DOUGLAS KIRKLAND,**

    **Plaintiff,**

        v.

**KFIR MOYAL ART GALLERY INC.,**

    **Defendant**.                        /

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment of Damages against Defendant Kfir Moyal Art Gallery Inc. (the "Motion") [ECF No. 29]. The Court granted the Motion in a separate Order [ECF No. 30]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Default Final Judgment is hereby entered **IN FAVOR OF** Plaintiff Douglas Kirkland, and **AGAINST** Defendant Kfir Moyal Art Gallery Inc.

2. Plaintiff shall recover damages from the Defendant Kfir Moyal Art Gallery Inc. in the amount of $200,000 for actual/statutory damages for copyright infringement, $4,315 for attorney's fees, and $472 for costs, for a total recovery of $204,787, for which let execution issue.

3. Pre-judgment interest from September 1, 2017, through the date of this judgment shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

4. Post judgment interest is payable on the above amounts allowable by law from the date this judgment is entered until the date this judgment is paid.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE