UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-20293-GAYLES

DOUGLAS KIRKLAND,

    Plaintiff,

v.

KFIR MOYAL ART GALLERY INC.,

    Defendant.

_____/

## **PERMANENT INJUNCTION**

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Permanent Injunction [ECF No. 32]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based on the Default Judgment entered against Defendant Kfir Moyal Art Gallery, Inc., on September 17, 2019 [ECF No. 31], the Court finds that Plaintiff DOUGLAS KIRKLAND is entitled to a permanent injunction against the Defendant KFIR MOYAL ART GALLERY INC. Therefore, it is

ORDERED AND ADJUDGED that Defendant KFIR MOYAL ART GALLERY INC., its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, including but not limited to Mr. Kfir Moyal, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a)    directly or indirectly infringing Plaintiff's copyrighted works or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce,

develop, or manufacture any works derived or copied from Plaintiff's copyrighted works, or to participate or assist in any such activity; and

   (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any of Plaintiff's copyrighted works.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of February, 2020.

           _____
           DARRIN P. GAYLES
           UNITED STATES DISTRICT JUDGE